UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONNY STEWARD,

    Plaintiff,

v.

LYNCH et al,

    Defendants.

No. 2:18−CV−01227−KJN

ORDER

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Plaintiff is a sixty-two-year-old African American man with diabetes and possible moderate Chronic Obstruction Pulmonary Disease (COPD), currently incarcerated in Folsom State Prison. He moves for a preliminary injunction, alleging that defendants will transfer him on an unspecified date to Kern Valley State Prison in retaliation for filing this civil rights action. Pl.'s Mot. for Mandatory Inj. 1, ECF No. 10. Plaintiff seeks to enjoin this transfer, arguing his medical conditions make him particularly vulnerable to serious illness if he is exposed to the cocci virus, and he will therefore suffer bodily injury or possible death if he is exposed to the cocci virus at Kern Valley State Prison. *Id.* at 2.

This matter has been referred to a magistrate judge under Local Rule 302(c)(17). That court has not yet screened plaintiff's complaint. However, in light of plaintiff's allegations of a threat of imminent harm, the court directs Senior Supervising Deputy Attorney General

Monica Anderson to address plaintiff's allegations concerning his medical conditions and how his health may be impacted by his transfer to Kern Valley State Prison.

The court will also direct the clerk to serve a courtesy copy of plaintiff's motion for preliminary injunction (ECF No. 10) and accompanying letter (ECF No. 11) on Don Specter at the Prison Law Office.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The clerk is DIRECTED to serve this order and a copy of plaintiff's motion for preliminary injunction (ECF No. 10) and plaintiff's letter filed soon thereafter (ECF No. 11) on Senior Supervising Deputy Attorney General Monica Anderson;

2. Within fourteen days from the date of this order, Senior Supervising Deputy Attorney General Monica Anderson shall advise the court regarding the issues raised in plaintiff's motion for injunctive relief; and

3. The clerk is DIRECTED to serve a copy of plaintiff's motion for preliminary injunction (ECF No. 10) and accompanying letter (ECF No. 11) on Don Specter, Prison Law Office, 1917 Fifth Street, Berkeley, CA 94710-1916.

IT IS SO ORDERED.

DATED: September 13, 2018.

_____
UNITED STATES DISTRICT JUDGE