UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY STEWARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN LYNCH, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-1227 KJM KJN P<br><br><br>ORDER |

On December 26, 2018, plaintiff filed a motion to amend his motion for injunctive relief. However, by order filed November 28, 2018, the district court denied plaintiff's motion to prevent his transfer as moot in light of his transfer to Kern Valley State Prison on or before September 13, 2018. Therefore, there is no pending motion which plaintiff can amend. Therefore, plaintiff's motion to amend is denied.[1]

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 22) is denied.

Dated: January 7, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/stew1227.mta

---

[1] If plaintiff believes he is improperly housed at Kern Valley State Prison due to his medical conditions, he may seek injunctive relief through an action filed in the Fresno Division of this court, after first exhausting his administrative remedies.