UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY STEWARD,<br><br>         Plaintiff,<br><br>    v.<br><br>LYNCH, et al.,<br><br>         Defendants. | No.  2:18-cv-1227 KJM KJN P<br><br><br>ORDER |

   Plaintiff, a state prisoner proceeding pro se, requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

   Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated:  July 28, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1