UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY STEWARD,<br><br>            Plaintiff,<br><br>      v.<br><br>LYNCH, et al.,<br><br>            Defendants. | No.  2:18-cv-1227 KJM KJN P<br><br><br><br>ORDER |

On April 19, 2021, plaintiff filed a motion requesting that this court "remove this case from this court's jurisdiction." (ECF No. 47 at 4.)  However, this civil rights action was terminated on July 29, 2020, at plaintiff's request.  Because this case is closed, this court has no jurisdiction over plaintiff's potential claims.  Therefore, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 47) is denied.

Dated:  April 23, 2021

/kly/cw/stew1227.58

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1